UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERRY L. CROSS, | CASE NO. 11-5469-RJB |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. | |
| JEFFERY UTTECHT, | |
| Defendant. | |

This matter comes before the court on the Report and Recommendation of Magistrate Judge J. Richard Creatura. Dkt. 17. The court has considered the relevant documents and the file herein. Petitioner has not filed any objections to the Report and Recommendation.

After considering and reviewing the record, this court concurs with the recommendation of the Magistrate Judge and adds one proviso, a time limitation on Petitioner to make a decision about his next course of action.

Therefore it is hereby

ORDER ADOPTING REPORT AND
RECOMMENDATION- 1

1 **ORDERED** that the Report and Recommendation (Dkt. 17) is **ADOPTED**. Accordingly,
2 not later than **January 2, 2012**, Petitioner is **ORDERED** to inform the court whether he chooses
3 to:

4     (1) Dismiss his unexhausted claim and proceed on his exhausted claim; or

5     (2) Dismiss the entire complaint without prejudice as a mixed petition.

6 If Petitioner fails to inform the court as directed by January 2, 2012, the petition for writ of
7 habeas corpus will be dismissed without prejudice.

8     The Clerk is directed to send uncertified copies of this Order to all counsel of record and
9 to any party appearing *pro se* at said party's last known address.

10     Dated this 9th day of November, 2011.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION- 2