UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERRY L. CROSS,<br><br>                    Petitioner,<br><br>     v.<br><br>JEFFERY UTTECHT,<br><br>                    Respondent. | CASE NO. C11-5469 RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING PETITION FOR WRIT OF HABEAS CORPUS, AND DENYING A CERTIFICATE OF APPEALABILITY |

This matter comes before the court on the Report and Recommendation of the Magistrate Judge.  Dkt. 21.  The court has reviewed the relevant documents and the remainder of the file herein.

In this petition for writ of habeas corpus, petitioner presented two claims for relief.  Dkt. 1.  On November 16, 2011, the court dismissed petitioner's unexhausted claim, following his motion to dismiss that claim.  See Dkt. 20.

On February 29, 2012, U.S. Magistrate Judge J. Richard Creatura issued a Report and Recommendation, recommending that the court deny petitioner's exhausted claim, which was

ORDER ADOPTING REPORT AND
RECOMMENDATION, DENYING PETITION
FOR WRIT OF HABEAS CORPUS, AND
DENYING A CERTIFICATE OF
APPEALABILITY- 1

1  that his counsel was ineffective for not having petitioner evaluated for competency.  Dkt. 21.

2  The court concurs with the analysis of the magistrate judge.  The state court decisions denying

3  relief on this claim did not result in a decision that was contrary to, or involve an unreasonable

4  application of, clearly established federal law, as determined by the Supreme Court; nor did the

5  state court's adjudication result in a decision that was based on an unreasonable determination of

6  the facts in light of the evidence presented to the state courts.  See 28 U.S.C. § 2254(d).  The

7  petition for writ of habeas corpus should be denied.

8        The court concurs with the magistrate judge that petitioner is not entitled to a Certificate

9  of Appealability.  A Certificate of Appealability should be denied.

10       Accordingly, it is hereby **ORDERED** that Report and Recommendation of the Magistrate

11  Judge (Dkt. 21) is **ADOPTED**. The petition for writ of habeas corpus is **DENIED**. A Certificate

12  of Appealability is **DENIED**.

13       The Clerk is directed to send uncertified copies of this Order to all counsel of record and

14  to any party appearing *pro se* at said party's last known address.

15       Dated this 27th day of March, 2012.

16

17

                    ROBERT J. BRYAN
18                   United States District Judge

19

20

21

22

23

24  ORDER ADOPTING REPORT AND
    RECOMMENDATION, DENYING PETITION
    FOR WRIT OF HABEAS CORPUS, AND
    DENYING A CERTIFICATE OF
    APPEALABILITY- 2